IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAAVO INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1192 (LPS) (CJB) |
| | ) | |
| COGNIZANT TECHNOLOGY | ) | **JURY TRIAL DEMANDED** |
| SOLUTIONS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| KAAVO INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1193 (LPS) (CJB) |
| | ) | |
| TIER 3, INC., APPFOG, INC. and SAVVIS | ) | **JURY TRIAL DEMANDED** |
| COMMUNICATIONS CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' OBJECTION TO JUDGE BURKE'S
FEBRUARY 5, 2016 REPORT AND RECOMMENDATION**

To the extent that Judge Burke's February 5, 2016 Report and Recommendation

(D.I. 35 in C.A. No. 14-1192; D.I. 42 in C.A. No. 14-1193) can be read as implying that

resolution of the invalidity of the dependent claims of U.S. Patent No. 8,271,974 (the "'974

Patent") should not be raised until the summary judgment phase of the cases, Defendants

respectfully object that an earlier resolution as to the invalidity of the dependent claims will

conserve the Court's and the parties' resources. Defendants respectfully suggest that the proper

course, before any further case activities occur, is for the parties to provide the Court with the

additional information it requires to make a determination as to the invalidity of the dependent

claims of the '974 Patent. *See TriPlay, Inc. v. WhatsApp, Inc.*, C.A. No. 13-1703-LPS, 2015 WL

4730907 at ¶¶ 1, 4–5 (D. Del. Aug. 10, 2015) (adopting Judge Burke's recommendation that claim 12 of the patent-in-suit was invalid for failure to claim patent eligible subject matter, and requesting additional letter briefing to permit a determination as to the validity of the remaining claims); *Pragmatus Telecom, LLC v. Genesys Telecomms. Labs., Inc.*, 114 F. Supp. 3d 192, 199–204 (D. Del. 2015) (invalidating the fully-briefed claims of the patents-in-suit but finding the Court lacked sufficient information to determine the validity of the remaining claims), *and Pragmatus Telecom, LLC v. Genesys Telecomms. Labs., Inc.*, C.A. No. 14-26-RGA, D.I. 87 (D. Del. July 28, 2015) (Ex. A) (ordering the defendants to file a new motion to dismiss with full briefing so that the Court could decide the validity of the remaining claims); *Genetic Techs. Ltd. v. Bristol-Myers Squibb Co.*, 72 F. Supp. 3d 521, 539 (D. Del. 2014) (noting that "[t]he Court will require further input from the parties before it can determine whether all of the other asserted claims . . . are invalid"), *and Genetic Techs. Ltd. v. Bristol-Myers Squibb Co.*, C.A. No. 12-394-LPS, D.I. 58 at ¶ 2 (D. Del. Oct. 30, 2014) (Ex. B) (ordering the parties to "advis[e] the Court as to their proposal(s) for how these cases should proceed, including . . . when and how these challenges to validity should be addressed by the Court").

Accordingly, Defendants intend to seek leave to file additional briefing in the form of a motion to dismiss or a motion for early summary judgment to address the invalidity of the remaining dependent claims of the '974 Patent due to their failure to claim patent eligible subject matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Megan E. Dellinger

Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
kjacobs@mnat.com
mdellinger@mnat.com

OF COUNSEL:

Steven Lieberman
William N. Hughet
Sharon L. Davis
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, N.W., Suite 800
Washington, D.C. 20005
(202) 783-6040

*Attorneys for Defendant Cognizant Technology Solutions Corporation*

FISH & RICHARDSON  P.C.

/s/ Warren K. Mabey, Jr.

Warren K. Mabey, Jr. (#5775)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE  19801
(302) 652-5070
mabey@fr.com

OF COUNSEL:

M. Brett Johnson
Matthew Colvin
FISH & RICHARDSON P.C
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070

Michael T. Hilgers
Mary Ann Novak
GOBER HILGERS PLLC
14301 FNB Parkway, Suite 100
Omaha, NE 68154
(402) 218-2106

*Attorneys for Defendants Tier 3, Inc., AppFog, Inc., and Savvis Communications Corporation*

February 19, 2016
9841819

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 19, 2016, upon the following in the manner indicated:

Stamatios Stamoulis, Esquire                     *VIA ELECTRONIC MAIL*
Richard C. Weinblatt, Esquire
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE  19809
*Attorneys for Plaintiff*


Shekhar Vyas, Esquire                              *VIA ELECTRONIC MAIL*
STAMOULIS & WEINBLATT LLC
302 Washington Street, #105-2028
San Diego, CA  92103
*Attorneys for Plaintiff*


                                        */s/ Megan E. Dellinger*

                                        _____
                                        Megan E. Dellinger (#5739)